**Christian R. SCHNEIDER,
Plaintiff/Respondent,**

v.

**Rita A. CLEVENGER,
Defendant/Appellant.**

**No. ED 96172.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 12, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 7, 2012.

Application for Transfer Denied
Sept. 25, 2012.

tory references are to RSMo 2000.

834

Ian C. Simmons, Beck Simmons LLC, St. Louis, MO, for respondent.

Rita A. Clevenger, Lake St. Louis, MO, Appellant Acting Pro se.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

### ORDER

PER CURIAM.

Defendant appeals *pro se* from an adverse judgment. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b). Plaintiff's motions to dismiss and for other relief are denied.